# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA ANN SIERS-PICCOLO and | : | |
| KELLY ANN ROSCIOLI, co-admr's of the Est. of | : | |
| CHARLES EDWARD SIERS, Jr., dec'd., | : | |
| Plaintiffs, | : | |
| vs. | : | C.A. No. 08-3370 |
| CITY OF PHILADELPHIA; | : | |
| CITY OF PHILADELPHIA POLICE DEPT.; | : | |
| CITY OF PHILADELPHIA FIRE DEPT.; | : | |
| P/O HEATHER ANDREWS and | : | |
| P/O LINDA GILLARD,   Defendants. | : | |

## NOTICE OF ENTRY OF APPEARANCE

**TO THE CLERK OF THE COURT:**

Kindly enter my appearance for the City of Philadelphia, P/O Heather Andrews, PO Linda Gillard, PO Dennis Keenan, SGT William Frysinger, PO Raymond Monts, SGT Joseph Thomas, LT Mark Bugieda, PO Matthew Lowe, PO Lee Ellingsworth, PO Vincent Maroney, PO Michael Smith, PO Denise Szychulski, SGT Thomas Meehan, LT Mel Williams and PO Doris Brendan in the above-captioned case.

/s/ Matthew K. Hubbard
**MATTHEW KEVIN HUBBARD**
**Divisional Deputy City Solicitor**
**City of Philadelphia Law Department**
**1515 Arch Street, 14th Floor**
**Philadelphia, PA  19102-1595**
**(215) 683-5439**
**(215) 683-5397 fax)**
**matthew.hubbard@phila.gov**

**Date: June 23, 2009**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA ANN SIERS-PICCOLO and<br>KELLY ANN ROSCIOLI, co-admr's of the Est. of<br>CHARLES EDWARD SIERS, Jr., dec'd.,<br>      Plaintiffs, | : <br> : <br> : <br> : |
| vs. | :   C.A. No. 08-3370 |
| CITY OF PHILADELPHIA;<br>CITY OF PHILADELPHIA POLICE DEPT.;<br>CITY OF PHILADELPHIA FIRE DEPT.;<br>P/O HEATHER ANDREWS and<br>P/O LINDA GILLARD,    Defendants. | : <br> : <br> : <br> : <br> : |

## CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Entry of Appearance was served upon the plaintiff's attorney(s) via electronic mail through the Court's ECF system on the date and year written below.

          /s/ Matthew K. Hubbard
          MATTHEW KEVIN HUBBARD
          Divisional Deputy City Solicitor
          City of Philadelphia, Law Department
          1515 Arch Street, 14th Floor
          Philadelphia, PA   19102
          (215) 683-5439
          (215) 683-5397 (Fax)

Date:  June 23, 2009