IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA ANN SIERS-PICCOLO, et al. : | | CIVIL ACTION |
| : | | |
| v. : | | |
| : | | |
| CITY OF PHILADELPHIA, et al. : | | NO. 08-3370 |

# ORDER

AND NOW, this 8TH day of July, 2009, it is hereby **ORDERED** that a Status Conference in the above captioned matter will take place before the undersigned on **Wednesday, July 29, 2009 at 10:00 a.m.** in Courtroom 3I, Third Floor, U.S. Courthouse, 601 Market Street, Philadelphia, PA.

BY THE COURT:

/s/ L. Felipe Restrepo
L. Felipe Restrepo
United States Magistrate Judge